# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **BLAKE WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-22-174-GLJ** |
| | ) | |
| **HEATHER HASENMYER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with this Court's Order, Docket No. 88, granting Defendant Heather Hasenmyer's Motion for Summary Judgment [Docket No. 80], this Court hereby enters judgment for Defendant and against Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**It is so ordered** this 24th day of July, 2025.

_____

**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**